## UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: SEBASTIAN AHMED (B)#  
CASE NO: 19-60200-CR-MORENO

AUSA: ✓ C. CLARK (DUTY AUSA T. LINDSEY)  
ATTY: JOEL HIRSCHHORN ✓

USPO:  
VIOL: 18:U.S.C. § 1349

PROCEEDING: RRC AND POSSIBLE ARRAIGNMENT  
RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no  
COUNSEL APPOINTED:

BOND SET @:  
To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

Reading of Indictment Waived  
Not Guilty plea entered  
Jury trial demanded  
Standing Discovery Order requested

A-ARR SDO-WILL BE ENTER.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT RE COUNSEL:

PTD/BOND HEARING:

PRELIM/**ARRAIGN** OR REMOVAL:

STATUS RE EXTRADITION/HRG:

DATE: 8/16/19   TIME: 11:00 AM   FTL/TAPE/# BSS-   { 5 Mins } Begin   DAR:

5

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO)   DAR:

11:16:02