UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60200-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SEBASTIAN AHMED,

        Defendant.
_____/

## ORDER DENYING MOTION TO MODIFY BOND CONDITIONS

THIS CAUSE came before the Court upon defendant's second motion to modify conditions and request for hearing **[D.E. #72]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion to modify bond conditions and request for hearing is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida this 10th day of October, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record