TRULINCS 20305104 - AHMED, SEBASTIAN - Unit: COL-A-B

USPS TRACKING # & CUSTOMER RECEIPT: 9114 9023 0722 4732 1029 06
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

---

FROM: 20305104
TO:
SUBJECT: Motion for Extension of Time
DATE: 11/08/2023 08:55:47 PM

FILED BY ____ D.C.
NOV 13 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

United States of America

v.                                              Case No. 19-cr-60200 Moreno (COHN)

Sebastian Ahmed
    Defendant, Pro-Se
_____/

MOTION TO REQUEST EXTENSION OF TIME IN CONNECTION WITH THE UNITED STATES MOTION
FOR PRELIMINARY ORDER OF FORFITURE OF SUBSTITUTE ASSETS AND
MEMORANDUM OF LAW IN SUPPORT (DE 500)

I. INTRODUCTION:

1. Mr. Ahmed respectfully requests an extension of time to prepare a response to the Government's well counseled Motion For Preliminary Order Of Forfeiture Of Substitute Assets And Memorandum of Law In Support (DE 500), clearly done by an expert - even hand writing on the envelope is flawless.

2. The Motion (DE 500) was entered on Docket on 10/26/2023, post marked on 11/2/2023 with Cert. mail # 91-7199-9991-7030-8445-0494, and delivered to Mr. Ahmed by BOP Case Manager Felton on 11/6/2023, late in the afternoon. (see attached copy)

3. In support of his request for extension of time, Mr. Ahmed presents the following facts;

TRULINCS 20305104 - AHMED, SEBASTIAN - Unit: COL-A-B

---

II. FACTUAL & PROCEDURAL BACKGROUND:

1. This Court has previously made a factual determination, stating in relevant part;

   "Based on the hearing that the Court conducted, that the Adderall would benefit Mr. Ahmed with respect to his ability to communicate and assist () in his defense." (Vol 7: Pg 4)

2. Based on BOP's and Psychiatric evaluations, Mr. Ahmed suffers from Clinical Anxiety, ASD, and ADHD, for which medication is NOT available through the BOP.

3. Due to an accident during Pre-trial detention, subsequent to sentencing, Mr. Ahmed has developed a significant disability in his left shoulder resulting in (i) substantial loss in range of motion, and (ii) constant pain, which further impacts his ability to complete tasks.

4. These injuries, have previously been substantiated via medical documents submitted to this Court;

   "I have for the Court and we have given a copy of this to the government, the three notices from the jail that Mr. Ahmed submitted beginning on February 29th requesting healthcare service, and one on March -- and one on March 11th." (Vol. 18: Pg. 114)

5. This court has previously assured Mr. Ahmed that protection of his due process rights is of importance to this Court, in-fact this Court stated on the record that the most important thing:

   "...is that each and every one of your constitutional rights are protected." (Vol 6 @ 212-219)

6. Veteran's Unit (A2), where Mr. Ahmed is housed at Federal Correctional Complex-Low ("Coleman-Low") is also currently undergoing wiring installations that restrict access to the Law-Library, which are likely to continue past the holidays till January 2024 - approximately sixty (60) days out.

III. REQUESTED RELIEF:

In light of his lack of knowledge of the law, restricted access to the Law-Library, and the aforementioned Physical and Cognitive disabilities, Mr. Ahmed respectfully requests a sixty (60) day extension of time in order to research and formulate a factual and legal basis to respond to Government's expert level Motion.

Respectfully Submitted,

*[signature]*

Sebastian Ahmed, Pro-Se, Reg. No 20305-104
Federal Correctional Complex-Low | Veteran's Unit, A-2
PO Box 1031 | Coleman, Florida 33521

Mailed 2 Nov 2023

THU 02 NOV 2023

MAILED FROM ZIP CODE 33132

Sebastian Ahmed
Register No. 20305-104
FCI Coleman Low
Federal Correctional Institution
Satelite Camp
P.O. Box 1027
Coleman, FL 33521

A2

TRULINCS 20305104 - AHMED, SEBASTIAN - Unit: COL-A-B

---

FROM: 20305104
TO:
SUBJECT: Certificate of Service
DATE: 11/08/2023 08:02:46 PM

CERTIFICATE OF SERVICE
-------------------------------

I hereby certify that on November 8th 2023, I mailed a copy of the foregoing via First Class US Mail with postage fully paid to the following:

Ms. Nicole Grosnoff
Court ID No. A5502029
Assistant United States Attorney
US Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111

I delivered the foregoing to the officer designated responsible for handling out-going prisoner mail.

I declare that the foregoing is true under penalty of perjury.

_____  11/8/23
Sebastian Ahmed
Reg. No. 20305-104
Federal Correctional Complex - LOW
Veteran's Unit, A-2, PO. Box 1031
Coleman, Florida 33521



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

'S FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

ed delivery date specified for domestic use.

tic shipments include $100 of insurance (restrictions apply).*

Tracking® service included for domestic and many international destinations.

l international insurance.**

ısed internationally, a customs declaration form is required.

does not cover certain items. For details regarding claims exclusions see the
lail Manual at *http://pe.usps.com.*

ıational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

T RATE ENVELOPE

'E ■ ANY WEIGHT

CKED ■ INSURED

500001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4732 1029 06

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

Label 400, Jan. 2013
7690-16-000-7948

FROM:

Sebastian Ahmed
Reg. #20305104
Federal Correctional Complex-Low
Veterans Unit A2 - Po. Box 1031
Coleman, FL. 33521

TO:

~~United States Court House~~
~~299 East Broward Blvd.~~
~~Ft. Lauderdale, FL. 33301~~

U.S. Marshal Service
Contents X-RAYED

Attention: Clerk of Court
for Judge Cohn

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.




